## MILNER v. WHITE.

(Decided October 25, 1929.)

Clay & Hogge and C. C. Crosthwait and Trabue, Doolan, Helm & Helm for movant.

Waugh & Howerton, opposed.

PER CURIAM. Judgment for $300 in an action for damages.

Appeal denied; judgment affirmed.

## PLYMAL et al. v. HALL

(Decided November 1, 1929.)

J. B. Snyder, B. M. Lee, and H. F. White for movant.

E. H. Johnson opposed.

PER CURIAM. Judgment for $200 in an action for damages.

Appeal denied; judgment affirmed.